IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS LUA,

      Petitioner,           No. CIV S-08-0213 WBS JFM P

  vs.

M. MARTEL, Warden,

      Respondent.           ORDER

_____/

      Petitioner, a state prisoner proceeding pro se and in forma pauperis, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

      Since petitioner may be entitled to the requested relief if the claimed violation of constitutional rights is proved, respondents will be directed to file an answer.

      In accordance with the above, IT IS HEREBY ORDERED that:

      1. Respondent is directed to file an answer within forty-five days from the date of this order. See Rule 4, Rules Governing Section 2254 Cases. Respondent shall include with the answer any and all transcripts or other documents relevant to the determination of the issues presented in the application. Rule 5, Rules Governing Section 2254 Cases;

      2. Petitioner's traverse, if any, is due on or before thirty days from the date respondent's answer is filed;

1    3. The Clerk of the Court shall serve a copy of this order together with a copy of
2 petitioner's application for writ of habeas corpus on Michael Patrick Farrell, Senior Assistant
3 Attorney General.
4 DATED: February 22, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; lua0213.100

2