IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JESUS LUA,

      Petitioner,                    No. 2:08-cv-0213 WBS JFM (HC)

    vs.

M. MARTEL, Warden,

      Respondent.              <u>ORDER</u>

                                         /

          Petitioner, a state prisoner proceeding pro se, has timely filed a notice of appeal of this court's July 15, 2008 denial of his application for a writ of habeas corpus. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

          A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b). A certificate of appealability shall issue on the issue of whether the statute of limitations was tolled on petitioner's claim.

1

1       IT IS SO ORDERED.

2 DATED: August 5, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

8 /lua0213.830